UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-69(03)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERICH ANDERSON KLINE,<br>Defendant. | **SATISFACTION OF MONETARY IMPOSITION** |

The above-named defendant has paid the monetary imposition assessed against him in the above-entitled action in full.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record in the amount of $300 special assessment, $250,000 fine, and $259,010.25 restitution.

Dated: November 5, 2004

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600