01-69 (3) USA v Kline

Erich Kline
18481 North Diamond Lake Road
Dayton, MN 55327

Chief US District Judge Rosenbaum
US District Court
July 6, 2005

Dear Judge,

I am writing to you to request early release from my supervision. I was released from Federal Prison in December 2003, at which time I transitioned to the halfway house until February 2004. In February, I was assigned to Lester Harris for the period of my 2-year supervisory period.

Being apart from my family has really brought to light things I took for granted. I now have greater appreciation for the time and activities spent with family. My wife and I spend quite a bit of time just sitting, talking, or just quietly enjoying each others company. Even when we have household chores, we make sure we do them together. I also have been spending a lot of time helping my mother; especially now, as her recent automobile accident restricts her movement. She will be in an upper body brace for 3 months and needs additional help with the day to day things. Since being back, I have felt tremendous growth and strength in my family relationships.

I have worked very hard to put my past behind me. Immediately upon my release, I began to aggressively seek employment and secured a position with Street Fleet Couriers. I became employed as an Account Executive with Street Fleet in December 2003, and have remained employed in that capacity ever since.

I was assigned community service as part of my supervised release. I worked hard to complete my assignment quickly and actually performed more hours of community service than was required of me. I divided my time between a number of different organizations; I drove a truck for Bridging, whose mission it is to provide gently used furnishings for families in need. I volunteered at the Hennepin County Humane Society and helped Goodwill in Elk River take in and organize donations from the community. I truly enjoyed helping others despite the fact that my time was court-ordered.

SCANNED
AUG 05 2005
U.S. DISTRICT COURT MPLS

Since the time of my release, I have been a law-abiding, conscientious citizen and have made efforts to contribute to the well-being of others. Whether working to help my employer improve his business, volunteering to help the overall community or simply lending a helping hand to my friends and family, I have consistently contributed to the lives of others. I have learned from my past mistakes and have focused on living my life in such a way as to be a positive role model for others. I have completed more than 60% of my supervisory period, have reliably filed my monthly reports and have completed each task requested of me by Mr. Harris. I do not require further supervision to lead a productive life. My early discharge will save the government, and in turn the taxpayers, additional cost. I am hopeful you will agree that I am worthy of early discharge.

Sincerely,

Erich A. Kline