UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-69(03)(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Erich A. Kline | ) | |

Defendant requests an early discharge from his term of supervised release. The probation office does not object to an early discharge.

Accordingly, upon a review of all of the circumstances of this case, defendant's supervised release is hereby terminated.

IT IS SO ORDERED.

Dated: August 3rd, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge